IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



FILED
JUL 21 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NUMBER |
| ) v. ) ) | 5:05-CV-504-D (2) |
| CAROLINA CONTRACTOR REFERRAL, INC. d/b/a MATTHEW'S CCR, INC. ) ) ) | COMPLAINT<br><br>JURY TRIAL DEMAND |
| ) Defendant. ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex (female) and to provide appropriate relief to Maria H. Hernandez who was adversely affected by the practices. Specifically, Plaintiff Equal Employment Opportunity Commission (the "EEOC" or the "Commission") alleges that Defendant Carolina Contractor Referral, Inc. d/b/a Matthew's CCR, Inc. (the "Defendant") subjected Maria H. Hernandez to a sexually hostile work environment. The Commission further alleges that Defendant constructively discharged Maria H. Hernandez as a result of the harassment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e–5(f) (1) and (3) ("Title VII"), and

Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed in part within the jurisdiction of the United States District Court for the Eastern District of North Carolina.

## PARTIES

3. Plaintiff EEOC is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII of the Civil Rights Act and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. Upon information and belief, at all relevant times, Carolina Contractor Referral, Inc. d/b/a Matthew's CCR, Inc. has continuously been doing business in the State of North Carolina and the City of Durham and has continuously had at least fifteen employees.

5. Upon information and belief, at all relevant times, Defendant Carolina Contractor Referral, Inc. d/b/a Matthew's CCR, Inc. has continuously been an employer engaged in an industry affecting commerce under Sections 701 (b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Maria H. Hernandez filed charges with the Commission alleging violations of Title VII of the Civil Rights Act of 1964, by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From around July 2003 until mid-November 2003, Defendant engaged in unlawful employment practices in and around Durham and Raleigh, North Carolina, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1), as set forth below:

a. Defendant subjected Maria H. Hernandez to sexual harassment and a sexually hostile work environment based on her sex, female. The harassment included, but was not limited to, sexual assault, rape and other unwelcome sexual touching by one of Defendant's managers who was in Ms. Hernandez's direct line of supervision.

b. Defendant constructively discharged Maria H. Hernandez by maintaining a sexually hostile work environment and by failing to take appropriate action to prevent and stop the harassment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Maria H. Hernandez of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex, female.

13. The unlawful employment practices complained of in paragraph 7 above were intentional.

14. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Maria H. Hernandez.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from creating or maintaining a sexually hostile work environment or any other employment practice that discriminates on the basis of sex and from retaliating against employees who oppose unlawful discrimination or participate in an investigation of unlawful discrimination.

B. Order Defendant to institute and carry out policies, practices, and programs that provide equal employment opportunities for women and which eradicate the effects of its past and present unlawful employment practices.

3

C. Order Defendant to make whole Maria H. Hernandez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including but not limited to medical expenses, in amounts to be determined at trial.

D. Order Defendant to make whole Maria H. Hernandez by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including but not limited to emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, loss of self-esteem and loss of civil rights, in amounts to be determined at trial.

E. Order Defendant to pay Maria H. Hernandez punitive damages for their malicious and reckless conduct, as described above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

G. Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this the 21st day of July 2005.

4

Respectfully submitted,

ERIC S. DREIBAND
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

_____
LYNETTE A. BARNES
Acting Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
129 W. Trade Street, Suite 400
Charlotte, North Carolina 28202


_____
KERITH COHEN
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Raleigh Area Office
1309 Annapolis Drive
Raleigh, North Carolina 27608-2129
Telephone: 919.856.4148
Facsimile: 919.956.4156

5